s

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ESQUIVEL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 25-cv-00835-NW<br><br>**ORDER TO SHOW CAUSE, TERMINATING MOTION TO REMAND, AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: ECF Nos. 16, 27 |

On April 21, 2025, the parties filed a joint notice of settlement. ECF No. 22. The Court vacated all dates and directed the parties to file a notice of dismissal or status report by June 27, 2025. ECF No. 23. One day before that deadline, the parties requested an extension to allow the parties to execute the terms of settlement. ECF No. 24. The Court continued the deadline by 14 days to July 11, 2025 at 5:00 pm. ECF Nos. 25, 27.

Because the July 11, 2025 deadline has passed and the parties have neither dismissed the case nor updated the Court, the Court orders the parties to show cause in writing by August 15, 2025 at 5:00 pm as to why this case should not be dismissed and/or remanded, and why sanctions should not issue for failure to comply with a Court order. The hearing on the motion to remand[1] is converted to a hearing on the order to show cause and is set for Wednesday, August 27, 2025, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.

---

[1] Because the Court stayed all deadlines for this case upon notice of settlement on April 21, 2025, the parties did not fully brief the motion to remand. ECF No. 16. The Court set a new briefing schedule when a dismissal failed to materialize, but Defendants failed to file an opposition by the deadline. *See* ECF No. 25. Given the current posture, the Court TERMINATES the pending motion to remand without prejudice to Plaintiffs to refile their motion at a later date if necessary.

The parties are advised that the Court will discharge the order to show cause provided the parties dismiss the case by August 15, 2025.

**IT IS SO ORDERED.**

Dated: July 21, 2025

Noël Wise
United States District Judge